# Court of Appeals
# of the State of Georgia

ATLANTA, June 20, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0222. IN YOUR DREAMS FARM INC., et al. v. RAISIN'S RANCH, LLC.**

Raisin's Ranch LLC filed an action against In Your Dreams Farm, Inc., Anita J. Ryan, and Eurimports Equestrial, LLC seeking a declaratory judgment that a purported easement located on its property and adjacent to two parcels of property owned by Ryan is not valid and never existed. The parties filed cross-motions for summary judgment, seeking a ruling as a matter of law on the validity of the easement. The trial court granted Raisin's Ranch LLC's motion and denied that of the defendants, concluding that no valid, express easement was created, expressly stating that the defendants' motion was denied for the same reasons it granted Raisin Ranch's motion. The defendants seek interlocutory review of this ruling.

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. See *City of Demorest v. Town of Mt. Airy*, 282 Ga. 653, 654 n.1 (653 SE2d 43) (2007); *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). We will grant a timely application for interlocutory appeal if the order complained of is directly appealable and the applicant has not already filed a timely notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486 n.1 (602 SE2d 246) (2004). Accordingly, this interlocutory

application is hereby GRANTED. Defendants shall have ten days from the date of this order to file a notice of appeal in the trial court. If they have already filed a timely notice of appeal from the order at issue here, they need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __06/20/2018_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*